No. 92–9169. WARD *v.* WHITE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–9170. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9171. WASHINGTON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–9172. OGUNLEYE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9173. MYERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–9174. ROBINSON ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9175. MARTIN *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 92–9176. SPELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–9177. LOPEZ-ALVAREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9178. DAVIAS *v.* CUNNINGHAM, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 92–9181. MARTINEZ *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 92–9183. LIGGINS *v.* CLARKE ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–9184. CROSS *v.* SLOCUM. Sup. Ct. Cal. Certiorari denied.

No. 92–9185. CAMELO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9186. LAOS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9187. MARISIO-GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.